AO 91 (Rev 8/01) Criminal Complaint

Case 7:18-mj-00923 Document 1 Filed in TXSD on 04/28/18 Page 1 of 2

United States Courts
Southern District of Texas
FILED

April 28, 2018

David J. Bradley, Clerk of Court

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Julian Jesse Machuca  PRINCIPAL
YOB: 1998
United States

**CRIMINAL COMPLAINT**

Case Number:

M-18- 0923 -M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 27, 2018** in **Hidalgo** County, in the Southern District of Texas defendants(s) did,
*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Jose Miguel Miralda-Zeron, citizen of Honduras, along with three (3) other undocumented aliens for a total of four (4), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Los Ebanos, Texas to the point of arrest near Los Ebanos, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)** FELONY
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On April 27, 2018, a camera operator relayed information regarding a raft with suspected illegal aliens coming across the Rio Grande River near Los Ebanos, Texas Port of Entry. The camera operator maintained constant visual and observed several subjects running towards a red SUV. A Border Patrol Agent driving South on El Faro Road observed four subjects board into the back seat of a red Kia Sorento.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on April 28, 2018.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

/S/ SALVADOR MENDEZ
Signature of Complainant

Salvador Mendez   Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

April 28, 2018
Date

at McAllen, Texas
City and State

J Scott Hacker , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

#### ATTACHMENT TO CRIMINAL COMPLAINT:

M-18- 923 -M

**RE:** Julian Jesse Machuca

## CONTINUATION:

The agent activated his unit's service lights and siren and continued to get closer to the KIA in an attempt to conduct a vehicle stop. As a fifth subject attempted to board the KIA, the Kia drove off. The KIA proceeded to travel north making several turns almost losing control several times and eventually driving into a ditch. Agents observed several individuals exit the KIA and attempted to abscond into an open field. Agents approached the KIA and identified the driver as Julian Jesse MACHUCA, a United States Citizen.

Agents along with law enforcement performed an immediate search of the area and were able to apprehend four subjects. All four subjects were questioned as to their citizenship and all four subjects were determined to be illegally present in the United States.

All subjects were placed under arrest and transported to the Centralized Processing Center for processing.

### PRINCIPAL
Julian Jesse MACHUCA, a United States, citizen was read his Miranda Rights and agreed to provide a statement.

MACHUCA stated he was hired by a smuggler to pick up illegal aliens and was to be paid $800 (USD). MACHUCA stated the smuggler instructed him on where to pick up the illegal aliens. Once at the pickup location, MACHUCA stated several subjects boarded into his car. Shortly thereafter, MACHUCA claimed he heard sirens and his first instinct was to get away. MACHUCA stated he tried to get away but ended up crashing.

### MATERIAL WITNESS
Jose Miguel MIRALDA-Zeron, a citizen of Honduras, was read his Miranda Rights and agreed to provide a statement.

MIRALDA stated a friend made his smuggling arrangements and was to pay $7,000 (USD). Once in the United States, MIRALDA stated a foot guide instructed him to run up the river bank road and a red vehicle would be waiting there to pick him up. MIRALDA claimed he ran and boarded into a red vehicle and soon after boarding, he heard sirens. Shortly thereafter, MIRALDA stated they crashed and he ran out of the vehicle.

MIRALDA identifed MACHUCA through a photo lineup as the driver of the red car.